# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | 8:08CV236 |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | ORDER |
| ) | |
| 2000 LEXUS ES 300,     ) | |
| VIN JT8BF28G0Y0280890,     ) | |
| ) | |
| Defendant.     ) | |

This matter is before the court *sua sponte*. On July 16, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 12. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before September 15, 2008 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 4th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge