## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08CV236 |
| 2000 LEXUS ES 300, VIN JT8BF28G0Y0280890, | ) ) ) | DECREE OF FORFEITURE |
| Defendant. | ) ) | |

This matter comes on before the Court upon the Stipulation of the parties (Filing No. 19). The plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney. The claimant, Nicholas Vandersluis, is represented by his attorney, Barbara J. Thielen. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1. A Complaint for Forfeiture was filed herein on June 4, 2008. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant property by the United States Marshal.

2. Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated June 5, 2008.

3. Nicholas Vandersluis filed a Claim and an Answer herein, denying any knowledge of the Defendant property's alleged involvement with controlled substances.

4. No other person or entity entitled to the Defendant property has filed a Claim or an Answer to plaintiff's Complaint within the time fixed by law.

5. The parties' Stipulation should be approved.

**IT IS ORDERED:**

1. The parties' Stipulation is hereby approved.

2. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

3. The Defendant property be and the same hereby is forfeited to the United States of America.

4. The Defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

DATED this 3rd day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

2